United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jawad Fardon  
    Debtor

Case No. 21-10030-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5  
Date Rcvd: Apr 02, 2024      Form ID: pdf900      Total Noticed: 83

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jawad Fardon, 1608 Foxchase Road, Philadelphia, PA 19152-1710 |
| 14574351 | ++++ | CENTRAL CREDIT SERVICES, INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301 |
| 14574348 | + | Car Care Experts, 903 Noble Street, Philadelphia, PA 19123-3811 |
| 14574352 | + | Central Credit Services, Inc., PO Box 1259, Oaks, PA 19456-1259 |
| 14579235 | + | Credit Acceptance Corporation, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Avenue Suitem301, Moorestown, NJ 08057-3124 |
| 14574363 | + | Everhome Mortgage Co/Ever Bank, Attn: Bankruptcy Department, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 14574364 | + | F.H. Cann & Associates, inc., 1600 Osgood Street, Suite 20-2/120, North Andover, MA 01845-1048 |
| 14574367 | | Fox & Fox, 425 Swede Street, Suite 706, Norristown, PA 19401 |
| 14587035 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14574374 | + | Irwin Mortgage Corporation, Po Box 3084, Visalia, CA 93278-3084 |
| 14574379 | | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, Los Angeles, CA 92180 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Apr 03 2024 00:17:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 03 2024 00:17:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2024 00:25:32 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14574334 | ^ | MEBN | Apr 03 2024 00:13:33 | ACI, 2420 Seet Home Road, Suite 150, Buffalo, NY 14228-2244 |
| 14574333 | + | Email/Text: mnapoletano@ars-llc.biz | Apr 03 2024 00:18:00 | Ability Recovery Service, 1 Montage Mountain Rd Ste A, Moosic, PA 18507-1754 |
| 14574336 | + | Email/PDF: bncnotices@becket-lee.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14574335 | + | Email/PDF: bncnotices@becket-lee.com | Apr 03 2024 00:36:07 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14574337 | + | Email/Text: bnc-applied@quantum3group.com | Apr 03 2024 00:35:58 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14574338 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | Applied Card Bank, Po Box 70165, Philadelphia, PA 19176-0165 |
| 14574339 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | Aspire Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 14574340 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 03 2024 00:17:00 | Aspire/Emerge, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14574341 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 03 2024 00:17:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14574343 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 03 2024 00:17:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14574342 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 03 2024 00:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14574354 | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14614311 | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, Law Dept. Tax Unit, One Parkway Bldg. - Bankruptcy Group, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14589795 | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14574356 | | Email/Text: cfcbackoffice@contfinco.com | Apr 03 2024 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14579072 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 03 2024 00:17:00 | Continental Finance Co, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14574344 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2024 00:17:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14574347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2024 00:25:39 | Capital One Na, Attn: General Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14574346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2024 00:25:38 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14574345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2024 00:25:32 | Capital One, General Correspondence, Po Box 30285, Salt lake City, UT 84130-0285 |
| 14574349 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2024 00:25:32 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14574350 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2024 00:25:32 | Cardworks/CW Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14574353 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2024 00:25:32 | Carson Smithfield, LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 14574355 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 03 2024 00:25:45 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14574357 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 03 2024 00:17:00 | Comenity Bank, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 14574358 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 03 2024 00:17:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| | | | Apr 03 2024 00:25:39 | Credit One Bank, Attn: Bankruptcy Department, |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14574359 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 03 2024 00:25:32 | Po Box 98873, Las Vegas, NV 89193-8873 |
| | | | | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14574360 | ^ | MEBN | Apr 03 2024 00:13:24 | D & A Services, 1400 E. Touhy Ave., Suite G2, Des Plaines, IL 60018-3338 |
| 14574361 | ^ | MEBN | Apr 03 2024 00:13:34 | Diversified Adjustment Service, Inc., 600 Coon Rapids Blvd., Minneapolis, MN 55433-5549 |
| 14574362 | ^ | MEBN | Apr 03 2024 00:13:29 | Diversified Adjustment Service, Inc., PO Box 32145, Minneapolis, MN 55432-0145 |
| 14584717 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2024 00:25:32 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14574365 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 03 2024 00:25:32 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14574366 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14574369 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2024 00:17:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 14574370 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2024 00:17:00 | Freedom Mortgage, PO Box 50485, Indianapolis, IN 46250-0485 |
| 14574368 | ^ | MEBN | Apr 03 2024 00:13:41 | Freedom Mortgage, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14574371 | ^ | MEBN | Apr 03 2024 00:13:27 | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14588621 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2024 00:17:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14574372 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2024 00:17:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14587036 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2024 00:17:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14574373 | | Email/Text: GCSBankruptcy@gcserv.com | Apr 03 2024 00:17:00 | GC Services, Attn: Bankruptcy, 6330 Gulfton St., Houston, TX 77081 |
| 14574377 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2024 00:25:38 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 14576984 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2024 00:25:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14574375 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 03 2024 00:17:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14574376 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 03 2024 00:17:00 | Loancare Servicing Ctr, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14577275 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2024 00:25:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14574378 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2024 00:25:32 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14574380 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2024 00:25:39 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14574381 | + | Email/PDF: cbp@omf.com | Apr 03 2024 00:25:32 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14574383 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 03 2024 00:17:00 | PECO, 2301 Market Street, N3-1, Philadelphia, |

Case 21-10030-amc    Doc 61    Filed 04/04/24    Entered 04/05/24 00:35:21    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 83 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 19103-1380 |
| 14574385 | ^ | MEBN | Apr 03 2024 00:13:32 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14574387 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2024 00:25:44 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14574386 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2024 00:25:44 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14587765 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2024 00:25:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14574382 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2024 00:25:32 | Paypal Credit Services, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14574384 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2024 00:17:00 | Pennsylvania Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14585625 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2024 00:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14574389 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 03 2024 00:17:00 | Santander Consumer USA, 8585 N Stemmons Fwy, Suite 1100, Dallas, TX 75247-3836 |
| 14574390 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2024 00:25:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14574391 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | Tbom/atls/aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14583149 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14574392 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 03 2024 00:17:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14574393 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 03 2024 00:17:00 | Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14574394 | | Email/Text: bknotice@upgrade.com | Apr 03 2024 00:17:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 14574396 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 03 2024 00:17:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14574395 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 03 2024 00:17:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14574397 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2024 00:25:33 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 72

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14631563 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14631564 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14574388 | ##+ | RPM, 20816 44th Ave W, Lynnwood, WA 98036-7799 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Jawad Fardon r.mcneil@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JAWAD FARDON<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 21-10030-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 2, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge